IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHRISTOPHER J. CENTERBAR,      )
                               )
            Plaintiff,         )           4:08CV3263
                               )
       v.                      )
                               )
MICHAEL J. ASTRUE,             )           ORDER
Commissioner of Social         )
Security,                      )
                               )
            Defendant.         )
_____)
```

       This matter is before the Court on defendant's motion for remand (Filing No. 10), and plaintiff's response to motion to remand (Filing No. 11).  The Court notes plaintiff has no objection to the remand.  Accordingly,

       IT IS ORDERED that defendant's motion is granted; this action is remanded to the Commissioner of Social Security for further proceedings.

       DATED this 7th day of May, 2009.

       BY THE COURT:

       /s/ Lyle E. Strom

       _____
         LYLE E. STROM, Senior Judge
         United States District Court